UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| SMITHCO MANUFACTURING, INC., | ) | |
|---|---|---|
| | ) | CASE NO. C04-4097MWB |
| Plaintiff. | ) | |
| | ) | |
| vs. | ) | *JUDGMENT* |
| | ) | |
| DAKOTA FLUID POWER, INC.,, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court and

Pursuant to the Offer of Judgment filed on July 24, 2006 by Defendant Dakota Fluid Power, Inc. and the Acceptance of Offer of Judgment filed on July 24, 2006 by Plaintiff Smithco Manufacturing, Inc.,

IT IS ORDERED AND ADJUDGED THAT

Judgment is hereby entered against Defendant Dakota Fluid Power, Inc. in the amount of ninety thousand dollars ($90,000.00), inclusive of costs accrued to the date of the Offer of Judgment, but exclusive of attorneys' fees, in full and final resolution of all issues raised in Plaintiff's Complaint and asserted against Defendant.

DATED: July 26, 2006

Pridgen J Watkins - Clerk

BY: s/KFS
Deputy Clerk